FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 2:45 pm, Aug 05, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| VICTOR TERRELL WILLIAMS, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:19-cv-141 |
| | * | |
| v. | * | |
| | * | |
| WAYNE COUNTY JAIL D/C; and JOHN G. CARTER; DONALD L. RAY; and JERRY E. RAY, in their official capacities, | * | |
| | * | |
| | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 35. Plaintiff did not file Objections to this Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint for failure to follow this Court's Order and failure to prosecute, **DENIES as moot** Defendants' Motion to Dismiss, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of

AO 72A
(Rev. 8/82)

dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

    **SO ORDERED**, this ____5____ day of ___August___, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)