AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia


FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 12:30 pm, Aug 10, 2020

VICTOR TERRELL WILLIAMS,

Plaintiff,

v.

WAYNE COUNTY JAIL D/C; and JOHN G. CARTER; DONALD L. RAY; and JERRY E. RAY, in their official capacities,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV219-141

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered this 5th day of August 2020, adopting the Report and Recommendation of the Magistrate Judge, dismissing without prejudice Plaintiff's Complaint, denying as moot Defendants' Motion to Dismiss, and denying Plaintiff in forma pauperis status on appeal. Judgment is hereby entered, and this case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

August 10, 2020
Date

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk



GAS Rev 10/1/03